THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYNTHIA L. BAUMGARTNER,<br><br>        Plaintiff,<br><br> v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; LINDA FRIAS AND "JOHN DOE" FRIAS,<br><br>        Defendants. | No. 2:21-CV-01697-JHC<br><br>ORDER PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY<br><br>*CLERK'S ACTION REQUIRED* |

The parties having stipulated for the withdrawal and substitution of counsel for defendant State Farm Mutual Automobile Insurance Company, and the Court being fully advised in the premises, NOW, THEREFORE, it is hereby ORDERED that:

  1. Vasudev N. Addanki and the law firm of Betts Patterson & Mines, P.S. shall be deemed to have withdrawn as counsel of record for Defendant State Farm Mutual Automobile Insurance Company, effective immediately.

  2. Steve Jensen and the law firm of Jensen Morse Baker PLLC, located at 1809 Seventh Avenue, Suite 410, Seattle, Washington 98101, telephone number (206) 682-1550, shall be deemed to have substituted as counsel of record for Defendant State Farm Mutual Automobile Insurance Company, effective immediately.

ORDER PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY - 1
No. 2:21-cv-01697-JHC

**JENSEN MORSE BAKER PLLC**
1809 SEVENTH AVENUE, SUITE 410
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550

DATED: December 1, 2022

*[signature: John H. Chun]*

John H. Chun
United States District Judge

Presented by:

BETTS PATTERSON & MINES, P.S.

By *s/Vasudev N. Addanki*
Vasudev N. Addanki, WSBA No. 41055
vaddanki@bpmlaw.com
Withdrawing Attorneys for Defendant State Farm Mutual Automobile Insurance Company

JENSEN MORSE BAKER PLLC
By *s/Steven D. Jensen*
Steven D. Jensen, WSBA No. 26495
Steve.jensen@jmblawyers.com
Substituting Attorneys for Defendant State Farm Mutual Automobile Insurance Company

JJRYAN LAW PLLC

By *s/John J. Ryan*
John J. Ryan, WSBA No. 14197
jjryanlaw@gmail.com
Attorneys for Plaintiff

LEE SMART PS INC.

By *s/Levi L. Bendele III*
Levi L. Bendele III, WSBA No. 26411
lb@leesmart.com
Attorneys for Defendants Linda Frias and "John Doe" Frias

ORDER PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY - 2
No. 2:21-cv-01697-JHC

**JENSEN MORSE BAKER PLLC**
1809 SEVENTH AVENUE, SUITE 410
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550

# CERTIFICATE OF SERVICE

Pursuant to RCW 9A.72.085, the undersigned certifies, under penalty of perjury under the laws of the United States of America and the State of Washington, that on the 1st day of December, 2022, the document attached hereto was delivered to the below counsel in the manner indicated.

| | |
|---|---|
| John J. Ryan<br>JJRyan Law PLLC<br>915 Trosper Road SW; Suite 101<br>Tumwater, WA 98512<br>jjryanlaw@gmail.com<br><br>*Counsel for Plaintiff* | ☒ Via CM/ECF<br>☒ Via electronic mail<br>☐ Via U.S. Mail, postage prepaid<br>☐ Via Facsimile<br>☐ Via Courier<br>☐ Via Overnight delivery |
| Levi L. Bendele III<br>Lee Smart PS Inc.<br>701 Pike Street; Suite 1800<br>Seattle, WA 98101<br>lb@leesmart.com<br><br>*Counsel for Defendants Linda Frias and "John Doe" Frias* | ☒ Via CM/ECF<br>☒ Via electronic mail<br>☐ Via U.S. Mail, postage prepaid<br>☐ Via Facsimile<br>☐ Via Courier<br>☐ Via Overnight delivery |

Dated this 1st day of December, 2022, in Seattle, WA.

/s/ *Steven D. Jensen*
Steven D. Jensen

ORDER PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY - 3
No. 2:21-cv-01697-JHC

JENSEN MORSE BAKER PLLC
1809 SEVENTH AVENUE, SUITE 410
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550