THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYNTHIA L. BAUMGARTNER,<br><br>   Plaintiff,<br><br>  v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, LINDA FRIAS AND "JOHN DOE" FRIAS<br><br>   Defendant. | Case No. 2:21-CV-01697-JHC<br><br>STIPULATED MOTION TO DISMISS PLAINTIFF'S IFCA CAUSES OF ACTION WITH PREJUDICE AND [PROPOSED] ORDER<br><br>Noted for: February 23, 2023 |

### I. STIPULATED MOTION

IT IS HEREBY STIPULATED by and between the parties as follows:

1. Defendant State Farm Mutual Automobile Insurance Company ("State Farm") filed a Motion for Summary Judgment as to Plaintiff's Cause of Action for Violation of the Insurance Fair Conduct Act ("IFCA MSJ"). ECF No. 52. The IFCA MSJ remains pending at present.

2. Plaintiff Cynthia L. Baumgartner ("plaintiff") agrees that State Farm is entitled to the relief requested by the IFCA MSJ.

3. Plaintiff's IFCA causes of action against State Farm do not concern defendants Linda Frias and "John Doe" Frias.

STIPULATED MOTION TO DISMISS PLAINTIFF'S IFCA CAUSES OF ACTION WITH PREJUDICE AND ORDER - 1
Case No. 2:21-CV-01697-JHC

JENSEN MORSE BAKER PLLC
1809 SEVENTH AVENUE, SUITE 410
SEATTLE, WA 98101
PHONE: 206.682.1550

4. Consequently, the parties stipulate and agree that any and all claims or causes of action by plaintiff against defendant State Farm for violation of the Insurance Fair Conduct Act should be dismissed with prejudice.

DATED: February 23, 2023.

| *Attorneys for Plaintiff:* <br><br> **JJRYAN LAW PLLC** <br><br><br> By: *s/John J. Ryan* <br>     John J. Ryan, WSBA No. 14197 <br>     E-Mail:   jjryanlaw@gmail.com | *Attorneys for State Farm Mutual Automobile Insurance Company:* <br><br> **JENSEN MORSE BAKER PLLC** <br><br><br> By:  *s/Steven D. Jensen* <br>     Steven D. Jensen, WSBA No. 26495 <br>     E-mail: steve.jensen@jmblawyers.com |
|---|---|
| *Attorneys for Defendant Frias:* <br><br> **LEE SMART PS INC.** <br><br><br> By: *s/Pedto Melesio* <br>     Levi L. Bendele III, WSBA No. 26411 <br>     Pedro Melesio, WSBA No. 51322 <br>     E-Mail:   lb@leesmart.com <br>              pm@leesmart.com | |

STIPULATED MOTION TO DISMISS PLAINTIFF'S IFCA CAUSES OF ACTION WITH PREJUDICE AND ORDER - 2
Case No. 2:21-CV-01697-JHC

JENSEN MORSE BAKER PLLC
1809 SEVENTH AVENUE, SUITE 410
SEATTLE, WA 98101
PHONE: 206.682.1550

## II. ORDER

Pursuant to the Stipulated Motion above, it is hereby ORDERED that:

1. Any and all claims or causes of action by plaintiff against defendant State Farm Mutual Automobile Insurance Company for violation of the Insurance Fair Conduct Act are DISMISSED WITH PREJUDICE.

2. Defendant State Farm Mutual Automobile Insurance Company's Motion for Summary Judgment as to Plaintiff's Cause of Action for Violation of the Insurance Fair Conduct Act (ECF No. 52) is STRICKEN as moot in light of the forgoing dismissal with prejudice.

DATED: February 23, 2023

JOHN H. CHUN
United States District Court Judge

Presented by:

| *Attorneys for Plaintiff:* | *Attorneys for State Farm Mutual Automobile Insurance Company:* |
|---|---|
| **JJRYAN LAW PLLC** | **JENSEN MORSE BAKER PLLC** |
| By: *s/John J. Ryan*<br>John J. Ryan, WSBA No. 14197<br>E-Mail:  jjryanlaw@gmail.com | By: *s/Steven D. Jensen*<br>Steven D. Jensen, WSBA No. 26495<br>E-mail: steve.jensen@jmblawyers.com |
| *Attorneys for Defendant Frias:* | |
| **LEE SMART PS INC.** | |
| By: *s/Pedto Melesio*<br>Levi L. Bendele III, WSBA No. 26411<br>Pedro Melesio, WSBA No. 51322<br>E-Mail:  lb@leesmart.com<br>               pm@leesmart.com | |

STIPULATED MOTION TO DISMISS PLAINTIFF'S IFCA CAUSES OF ACTION WITH PREJUDICE AND ORDER - 3
Case No. 2:21-CV-01697-JHC

JENSEN MORSE BAKER PLLC
1809 SEVENTH AVENUE, SUITE 410
SEATTLE, WA 98101
PHONE:  206.682.1550

# CERTIFICATE OF SERVICE

Pursuant to RCW 9A.72.085, the undersigned certifies, under penalty of perjury under the laws of the United States of America and the State of Washington, that on the 23rd day of February, 2023, the document attached hereto was delivered to the below counsel in the manner indicated.

| | |
|---|---|
| John J. Ryan<br>JJRyan Law PLLC<br>915 Trosper Road SW; Suite 101<br>Tumwater, WA 98512<br>jjryanlaw@gmail.com<br><br>*Counsel for Plaintiff* | ☒ Via CM/ECF<br>☒ Via electronic mail<br>☐ Via U.S. Mail, postage prepaid<br>☐ Via Facsimile<br>☐ Via Courier<br>☐ Via Overnight delivery |
| Levi L. Bendele III<br>Pedro Melesio<br>Lee Smart PS Inc.<br>701 Pike Street; Suite 1800<br>Seattle, WA 98101<br>lb@leesmart.com<br>pm@leesmart.com<br><br>*Counsel for Defendants Linda Frias and "John Doe" Frias* | ☒ Via CM/ECF<br>☒ Via electronic mail<br>☐ Via U.S. Mail, postage prepaid<br>☐ Via Facsimile<br>☐ Via Courier<br>☐ Via Overnight delivery |

DATED this 23rd day of February, 2023.

By s/ *Steven D. Jensen*
Steven D. Jensen

STIPULATED MOTION TO DISMISS PLAINTIFF'S IFCA CAUSES OF ACTION WITH PREJUDICE AND ORDER - 4
Case No. 2:21-CV-01697-JHC

JENSEN MORSE BAKER PLLC
1809 SEVENTH AVENUE, SUITE 410
SEATTLE, WA 98101
PHONE: 206.682.1644