THE HONORABLE JOHN H. CHUN
Noted for April 4, 2023
Without oral argument

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYNTHIA L. BAUMGARTNER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, LINDA FRIAS AND "JOHN DOE" FRIAS<br><br>　　　　Defendant. | Case No. 2:21-CV-01697-JHC<br><br>STIPULATED MOTION AND ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY |

## I.　STIPULATED MOTION

IT IS HEREBY STIPULATED by and between the parties hereto that any and all claims and causes of action against defendant State Farm Mutual Automobile Insurance Company may be dismissed with prejudice and without an award of costs or fees to any party.

DATED: April 4, 2023.

| *Attorneys for Plaintiff:* | *Attorneys for State Farm Mutual Automobile Insurance Company:* |
|---|---|
| **JJRYAN LAW PLLC** | **JENSEN MORSE BAKER PLLC** |
| By: *s/John J. Ryan*<br>　　John J. Ryan, WSBA No. 14197<br>　　E-Mail: jjryanlaw@gmail.com | By: *s/Steven D. Jensen*<br>　　Steven D. Jensen, WSBA No. 26495<br>　　E-mail: steve.jensen@jmblawyers.com |

STIPULATED MOTION AND ORDER FOR DISMISSAL WITH PREJUDICE - 1
Case No. 2:21-CV-01697-JHC

JENSEN MORSE BAKER PLLC
1809 SEVENTH AVENUE, SUITE 410
SEATTLE, WA 98101
PHONE: 206.682.1550

| | |
|---|---|
| ***Attorneys for Defendant Frias:*** <br><br> **LEE SMART PS INC.** <br><br><br> By: *s/Pedro Melesio*  <br>      Levi L. Bendele III, WSBA No. 26411 <br>      Pedro Melesio, WSBA No. 51322 <br>      E-Mail:   lb@leesmart.com <br>                    pm@leesmart.com | |

STIPULATED MOTION AND ORDER FOR DISMISSAL
WITH PREJUDICE - 2
Case No. 2:21-CV-01697-JHC

JENSEN MORSE BAKER PLLC
1809 S<small>EVENTH</small> A<small>VENUE</small>, S<small>UITE</small> 410
S<small>EATTLE</small>, WA 98101
PHONE:  206.682.1550

## II.   ORDER

Pursuant to the Stipulated Motion above, it is hereby ORDERED that any and all claims and causes of action against defendant State Farm Mutual Automobile Insurance Company are dismissed with prejudice and without an award of costs or fees to any party.

DATED:  April 4, 2024

_____
JOHN H. CHUN
United States District Court Judge

Presented by:

| Attorneys for Plaintiff: | Attorneys for State Farm Mutual Automobile Insurance Company: |
|---|---|
| **JJRYAN LAW PLLC** | **JENSEN MORSE BAKER PLLC** |
| By: *s/John J. Ryan*<br>   John J. Ryan, WSBA No. 14197<br>   E-Mail:  jjryanlaw@gmail.com | By: *s/Steven D. Jensen*<br>   Steven D. Jensen, WSBA No. 26495<br>   E-mail: steve.jensen@jmblawyers.com |
| **Attorneys for Defendant Frias:**<br><br>**LEE SMART PS INC.**<br><br>By: *s/Pedro Melesio*<br>   Levi L. Bendele III, WSBA No. 26411<br>   Pedro Melesio, WSBA No. 51322<br>   E-Mail:  lb@leesmart.com<br>            pm@leesmart.com | |

STIPULATED MOTION AND ORDER FOR DISMISSAL
WITH PREJUDICE - 3
Case No. 2:21-CV-01697-JHC

JENSEN MORSE BAKER PLLC
1809 SEVENTH AVENUE, SUITE 410
SEATTLE, WA 98101
PHONE:  206.682.1550

## CERTIFICATE OF SERVICE

Pursuant to RCW 9A.72.085, the undersigned certifies, under penalty of perjury under the laws of the United States of America and the State of Washington, that on the 4th day of April, 2023, the document attached hereto was delivered to the below counsel in the manner indicated.

| | |
|---|---|
| John J. Ryan<br>JJRyan Law PLLC<br>915 Trosper Road SW; Suite 101<br>Tumwater, WA 98512<br>jjryanlaw@gmail.com<br><br>*Counsel for Plaintiff* | ☒ Via CM/ECF<br>☒ Via electronic mail<br>☐ Via U.S. Mail, postage prepaid<br>☐ Via Facsimile<br>☐ Via Courier<br>☐ Via Overnight delivery |
| Levi L. Bendele III<br>Pedro Melesio<br>Lee Smart PS Inc.<br>701 Pike Street; Suite 1800<br>Seattle, WA 98101<br>lb@leesmart.com<br>pm@leesmart.com<br><br>*Counsel for Defendants Linda Frias and "John Doe" Frias* | ☒ Via CM/ECF<br>☒ Via electronic mail<br>☐ Via U.S. Mail, postage prepaid<br>☐ Via Facsimile<br>☐ Via Courier<br>☐ Via Overnight delivery |

DATED this 4th day of April, 2023.

By s/ *Steven D. Jensen*
Steven D. Jensen

STIPULATED MOTION AND ORDER FOR DISMISSAL WITH PREJUDICE - 4
Case No. 2:21-CV-01697-JHC

JENSEN MORSE BAKER PLLC
1809 SEVENTH AVENUE, SUITE 410
SEATTLE, WA 98101
PHONE: 206.682.1644