Hon. John H. Chun

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYNTHIA L. BAUMGARTNER,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, GEICO AUTOMOBILE INSURANCE COMPANY, LINDA FRIAS AND "JOHN DOE" FRIAS,<br><br>Defendants. | No. 2:21-CV-01697-JHC<br><br>DEFENDANTS LINDA FRIAS AND "JOHN DOE" FRIAS STIPULATED MOTION TO DISMISS AND [PROPOSED] ORDER<br><br>NOTE ON MOTION CALENDAR: 4/14/23 |

## I.  STIPULATED MOTION

IT IS HEREBY STIPULATED by and between the parties hereto that any and all claims and causes of action against defendant Linda Frias and "John Doe" Frias be dismissed with prejudice and without an award of costs or fees to any party.

DATED: April 11, 2023.

| *Attorneys for Plaintiff:* | *Attorneys for Defendant Frias:* |
|---|---|
| **JJRYAN LAW PLLC** | **LEE SMART PS INC.** |
| By: /s/John J. Ryan (authorized to sign on John Ryan's behalf)<br>John J. Ryan, WSBA No. 14197<br>E-Mail:  jjryanlaw@gmail.com | By: /s/ Levi Bendele_____<br>Levi L. Bendele III, WSBA No. 26411<br>Pedro Melesio, WSBA No. 51322<br>E-Mail:  lb@leesmart.com<br>           pm@leesmart.com |

DEFENDANTS LINDA FRIAS AND "JOHN DOE" FRIAS STIPULATED MOTION TO DISMISS AND [PROPOSED] ORDER
USDC No. 2:21-CV-01697-JHC
(Page **1** of **3**)
Baumgartner - [Stip] Motion to Dismiss and Order



701 Pike Street, Suite 1800
Seattle, Washington 98101
206.624.7990 · www.leesmart.com

## II.  ORDER

Pursuant to the Stipulated Motion above, it is hereby ORDERED that any and all claims and causes of action against defendant Linda Frias and "John Doe" Frias are dismissed with prejudice and without an award of costs or fees to any party.

DATED:  April 14, 2023            _____
                                        JOHN H. CHUN
                                        United States District Court Judge

Presented by:

| *Attorneys for Plaintiff:* | *Attorneys for Defendant Frias:* |
|---|---|
| **JJRYAN LAW PLLC** | **LEE SMART PS INC.** |
| By: */s/John J. Ryan (authorized to sign on John Ryan's behalf)*<br>    John J. Ryan, WSBA No. 14197<br>    E-Mail:  jjryanlaw@gmail.com | By: */s/ Levi Bendele*<br>    Levi L. Bendele III, WSBA No. 26411<br>    Pedro Melesio, WSBA No. 51322<br>    E-Mail:  lb@leesmart.com<br>              pm@leesmart.com |

DEFENDANTS LINDA FRIAS AND "JOHN DOE" FRIAS
STIPULATED MOTION TO DISMISS AND [PROPOSED] ORDER
USDC No. 2:21-CV-01697-JHC
(Page **2** of **3**)
Baumgartner - [Stip] Motion to Dismiss and Order



701 Pike Street, Suite 1800
Seattle, Washington 98101
206.624.7990 · www.leesmart.com

# CERTIFICATE OF SERVICE

I have served a true and correct copy, of the foregoing upon the individual(s) listed by the following means:

| PARTY/COUNSEL | DELIVERY METHOD |
|---|---|
| **Court:**<br>United States District Court<br>Western District of Washington | [ ] U.S. Postal Service (First Class)<br>[ ] Facsimile to _____<br>[ ] Express Mail / Courier<br>[ ] Hand Delivery<br>[ ] Via Legal Messenger<br>[ ] E-Service<br>[X] E filed |
| **Working Copies to Judge:**<br>Judge Samuel Chun | [ ] U.S. Postal Service (First Class)<br>[ ] Facsimile to _____<br>[ ] Express Mail / Courier<br>[ ] Hand Delivery<br>[ ] Via Legal Messenger<br>[ ] E-Service<br>[X] E filed |
| **Counsel for Plaintiff:**<br>John J. Ryan<br>JJRyan Law PLLC<br>915 Trosper Road SW; Suite 101<br>Tumwater, WA 98512<br>jjryanlaw@gmail.com | [ ] U.S. Postal Service (First Class)<br>[ ] Facsimile to<br>[ ] Express Mail / Courier<br>[ ] Hand Delivery<br>[ ] Via Legal Messenger<br>[X] E-Service / E-Mail<br>[X] E-Filed |
| **Counsel for Co-Defendant State Farm Automobile Insurance Company:**<br>Steve Jensen<br>Jensen Morse Baker PLLC<br>1809 Seventh Ave., Suite 410<br>Seattle, WA  98101<br>steve.jensen@jmblawyers.com | [ ] U.S. Postal Service (First Class)<br>[ ] Facsimile to<br>[ ] Express Mail / Courier<br>[ ] Hand Delivery<br>[ ] Via Legal Messenger<br>[X] E-Service / E-Mail<br>[X] E-Filed |

DATED April 14, 2023.

/s/ Joey N. Eichelberger
Joey N. Eichelberger, Legal Assistant

DEFENDANTS LINDA FRIAS AND "JOHN DOE" FRIAS
STIPULATED MOTION TO DISMISS AND [PROPOSED] ORDER
USDC No. 2:21-CV-01697-JHC
(Page **3** of **3**)
Baumgartner - [Stip] Motion to Dismiss and Order



701 Pike Street, Suite 1800
Seattle, Washington 98101
206.624.7990 · www.leesmart.com